■ TRANSPORTATION GROUP MANAGERS et al., Appellants, v PHILIP D. HELD, Respondent.—Appeal from order, Supreme Court, New York County (Andrew Tyler, J.), entered on or about March 5, 1987, and appeal from order of said court entered on June 9, 1987, unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur —Sandler, J. P., Sullivan, Asch and Milonas, JJ.